**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 1, 2026

**<u>Via ECF</u>**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *Hossain v. Blanche et al.*, No. 26 Civ. 6734 (RA)**

Dear Judge Abrams:

This Office represents Todd Blanche, Attorney General of the United States, and Joseph B. Edlow, Director of the U.S. Citizenship and Immigration Services ("USCIS") (collectively, the "Government") in this action brought by plaintiff Nazmul Hossain ("Plaintiff"). The parties respectfully write to answer questions posed by this Court on August 14, 2026. *See* ECF No. 10.

The parties additionally respectfully request that the Court adjourn the initial pretrial conference, scheduled for October 9, *sine die*, as the Government has filed a motion to dismiss this action. *See* ECF Nos. 13, 14, 15.

**1) A brief description of the nature of the action and the principal defenses thereto.**

Plaintiff brings this action under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 555(b), 702, and 706(1) and the Mandamus Act, 28 U.S.C. § 1361, for declaratory and injunctive relief to compel the Government to adjudicate Plaintiff's Application to Adjust Status to Lawful Permanent Resident (Form I-485).

As described in the Government's motion to dismiss the amended complaint, this Court lacks subject matter jurisdiction over this case under 8 U.S.C. § 1252(a)(2)(B)(i), which strips courts of jurisdiction to review matters arising from USCIS's adjudication of Form I-485 applications. Even if this Court had subject matter jurisdiction, the APA and mandamus claims would fail to state a claim because the Plaintiff commenced this action only twenty-one months after submitting his Form I-485 (and thirteen months after his application became ripe for review), which does not constitute unreasonable delay.

**2) A brief explanation of why jurisdiction and venue lie in this Court.**

Plaintiff asserts that this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, which confers original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States. Plaintiff's claim arises under the Immigration and Nationality Act (INA), 8 U.S.C. § 1101 *et seq.*, and the APA, 5 U.S.C. § 551 *et seq*. The

Government asserts that the Court lacks subject matter jurisdiction for the reasons stated above and as set forth in the Government's motion to dismiss. *See* ECF No. 15.

The parties agree that venue is proper under 28 U.S.C. § 1391(e) because Plaintiff resides within the Southern District of New York.

**3) A brief description of all contemplated and/or outstanding motions.**

The Government filed its motion to dismiss the amended complaint under Rule 12(b)(1) and Rule 12(b)(6) on September 30, 2026. *See* ECF Nos. 13, 14, 15.

**4) A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations.**

No discovery has taken place; discovery is not an impediment to settlement negotiations.

**5) A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement.**

Due to the Government's pending motion to dismiss, there is no prospect of settling this matter at this time.

**6) Any other information that the parties believe may assist the Court in advancing the case to settlement or another resolution, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.**

N/A

We thank the Court for its consideration of this letter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Rachel Kroll*
RACHEL KROLL
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel: (212) 637-2765
E-mail: rachel.kroll@usdoj.gov
*Attorney for Defendants*

Application granted. The conference scheduled for October 9, 2026, is adjourned *sine die*.

SO ORDERED.

Hon. Ronnie Abrams
October 2, 2026

cc: Plaintiff's counsel (via ECF)